DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARYANN GRAU** and **STEVEN A. GRAU**,
Appellants,

v.

**US BANK TRUST NATIONAL ASSOCIATION,
AS TRUSTEE OF THE TIKI SERIES III TRUST**
Appellee.

No. 4D21-2430

[September 1, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 432019CA000565.

Jessica M. Vanvalkenburgh of McCarthy, Summers, Wood, Norman, Melby & Schultz, P.A., Stuart, for appellants.

Harris S. Howard and Evan R. Raymond of Howard Law Group, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***